UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01034-JD<br><br>**ORDER OF DISMISSAL** |

　　Plaintiff, a state prisoner proceeding pro se, filed a civil rights action. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable. Plaintiff has not provided a current mailing address.

　　More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

　　**IT IS SO ORDERED.**

Dated: May 10, 2021

　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge